# Court of Appeals
# of the State of Georgia

ATLANTA, February 01, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1156. KYLANA THREATT v. THE STATE.**

In September 2017, Kylana Threatt pled guilty to armed robbery and was sentenced to 20 years with ten to serve. In May 2018, Threatt filed a motion to modify the sentence. The trial court denied the motion on October 26, 2018, and Threatt filed a notice of appeal on December 3, 2018. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Threatt's notice of appeal, which was filed 38 days after entry of the trial court's order, thus is untimely. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/01/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.